IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Criminal No. 4:18-cr-171 |
| | : | |
| Plaintiff, | | |
| | : | |
| vs. | | |
| | : | MOTION TO CONTINUE |
| VINCENT MITCHELL BALLARD, | | DETENTION HEARING |
| | : | |
| Defendant. | | |

---

COMES NOW, Defendant, VINCENT MITCHALL BALLARD, by and through his attorney, F. Montgomery Brown, of the F.M. Brown Law Firm, P.L.L.C. and respectfully moves this Court to continue the detention hearing in this matter and in furtherance and support of his motion states the following:

1. Detention hearing in this matter is scheduled for Monday, September 17, 2018 at 2:30 p.m.

2. The undersigned accepted appointment to represent the Defendant in this matter through the Criminal Justice Act on Friday, September 14, 2018.

3. The undersigned has a meeting scheduled with Stacy Dietch at U.S. Probation on another matter set to commence at 2:00 p.m. on Monday, September 17, 2018 and another client meeting at his office at 3:00 p.m.

4. The Defendant is temporarily detained in the custody of the U.S. Marshal at the Polk County Jail.

5. No prejudice to either party will result by continuing the detention hearing.

6.  The undersigned's staff has communicated with Assistant United States Attorney Kristin M. Herrera, and she has no objection to a one day continuance of the detention hearing.

WHEREFORE, Defendant respectfully prays this Court grant him a 1-day continuance and move the detention hearing to September 18, 2018 at 2:30 p.m.

\_\_\_\_S/F. Montgomery Brown_____
F. MONTGOMERY BROWN     AT0001209
F.M. BROWN LAW FIRM, P.L.L.C.
1001 Office Park Road, Suite 108
West Des Moines, Iowa 50265
Telephone: (515) 225-0101
Facsimile: (515) 225-3737
Hskrfan@fmbrownlaw.com
ATTORNEY FOR DEFENDANT

Original Filed.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA-CENTRAL DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on the 14th Day of September, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Copies to:

Kristin M. Herrera
Assistant United States Attorney
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
kristin.herrera@usdoj.gov