IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VINCENT MITCHELL BALLARD,<br><br>Defendant. | Criminal No. 4:18-CR-171<br><br>ENHANCEMENT INFORMATION AND NOTICE OF PRIOR CONVICTION(S) |

Pursuant to Title 21, United States Code, Section 851(a)(1), the government files the following information notifying Defendant, VINCENT MITCHELL BALLARD, that he is subject to increased penalties because he has a prior felony drug conviction.

1. Defendant is charged in Count 1 of the Indictment with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). If Defendant is convicted of the offense charged in Count 1, the government will seek increased punishment pursuant to Title 21, United States Code, Section 841(b), based on the following conviction for a felony drug offense:

    a. On or about January 16, 2013, in the Iowa District Court for Polk County, case number FECR259054, Defendant was convicted of a Controlled Substance Violation, pursuant to Iowa Code § 124.401(1)(c), a felony drug offense, and sentenced to a term of imprisonment of 10 years.

2. Pursuant to Title 21, United States Code, Section 841(b)(1)(C), if Defendant is convicted of the methamphetamine offense charged in Count 1 of the Indictment, then Defendant faces a maximum term of imprisonment of 30 years, a maximum fine of $2 million, and a term of supervised release of at least 6 years and up to life.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: /s/ *Kristin M. Herrera*
Kristin M. Herrera
Special Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email:  kristin.herrera@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

  X   ECF/Electronic filing      \_\_\_\_Other means


UNITED STATES ATTORNEY

By: /s/ K. Herrera