IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:18-CR-171 |
| v. ) | |
| ) | APPEARANCE |
| VINCENT MITCHELL BALLARD, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Assistant United States Attorney, Ryan W. Leemkuil, and hereby enters his appearance as co-counsel for the United States of America in the above-entitled case.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/ Ryan W. Leemkuil*
Ryan W. Leemkuil
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
(515) 473-9300 (Main Office)
Email: ryan.leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____Fax  _____Hand Delivery

__X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: _/s/ S. Irwin_____
    Paralegal Specialist