IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:18-cr-000171 |
| Plaintiff, | |
| vs. | MOTION TO CONTINUE TRIAL & PLEA NOTIFICATION DEADLINE |
| VINCENT MITCHELL BALLARD, | |
| Defendant. | |

COMES NOW, F. Montgomery Brown, the undersigned attorney and hereby enters his Appearance as Counsel for the Defendant in the above-entitled matter.

1. The trial in this matter is scheduled to commence on Monday, October 29, 2018 and plea deadline is Monday, October 22, 2018.

2. Defendant has filed a Motion to Suppress which is set for October 25 hearing.

3. The defendant is in custody at the Polk County Jail.

4. That the parties are still in plea negotiations, and the undersigned is still reviewing discovery in this matter. Defendant seeks an extension of the deadline to plead until after the suppression motion.

5. A continuance of the trial date and extension of pretrial deadlines in this matter is necessary so the Defendant and his attorney have a reasonable period of time for effective pre-trial motion & trial preparation within the meaning of 18 U.S.C. Section 3161 (h)(8)(B)(iv).

6. No prejudice to any party will occur as a result of continuing the trial and extending the pretrial deadlines.

7. The ends of justice require the trial date be continued and outweigh the interests of the public and the Defendant in a speedy trial.

8. The suppression motion constitutes excludable time under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A).

9. That the undersigned's has conferred with Kristin Herrera, Assistant United States Attorney, and has no objection to a continuance of the trial and extension of the pretrial deadlines until after the suppression hearing.

WHEREFORE, the Defendant respectfully requests that the trial be continued to the first trial period in October of 2018 and the pretrial deadlines extended accordingly.

_____S/F. Montgomery Brown_____
F. MONTGOMERY BROWN   AT0001209
F.M. BROWN LAW FIRM, P.L.L.C.
1001 Office Park Road, Suite 108
West Des Moines, Iowa 50265
Telephone: (515) 225-0101
Facsimile:  (515) 225-3737
Hskrfan@fmbrownlaw.com
ATTORNEY FOR DEFENDANT

Original Filed.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

CERTIFICATE OF SERVICE

I hereby certify that on 22nd Day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Copies to:

Kristin Herrera

Assistant United States Attorney
110 E. Court Avenue, Suite 286
Des Moines, Iowa 50309
Kristin.herrera@usdoj.gov