## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner

| Case No. 18-cr-00171-001 | : | Clerk's Court Minutes – Motion Hearing |
|---|---|---|

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| United States of America | : | Vincent Mitchell Ballard |

Plaintiff(s) Counsel: Ryan Leemkuil, Mikaela Shotwell

Defendant(s) Counsel: F. Montgomery Brown

| Court Reporter: SueAnn Jones | : | Interpreter: N/A |
|---|---|---|

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [26] Motion to Suppress | | : | Under advisement |

Proceedings:

Defendant present with counsel. Government represented by counsel. Government calls Des Moines Police Officer Brian Minnehan; sworn; testifies: 11:02 - 11:20. Counsel present arguments on Defendant's motion to suppress. Court takes matter under advisement.

Time Start: 11:00am
Time End:  11:32am
Date: October 25, 2018

/s/ H. Shirey
_____

Law Clerk