✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Iowa

United States of America

V.

Vincent Mitchell Ballard

**EXHIBIT AND WITNESS LIST**

Case Number: 18-cr-00171-001

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James E. Gritzner | Ryan Leemkuil | F. Montgomery Brown |
| HEARING DATE | COURT REPORTER | LAW CLERK |
| 10/25/2018 | SueAnn Jones | H. Shirey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10/25/2018 | | | Des Moines Police Officer Brian Minnehan (11:02 - 11:20) |
| | | | | | |
| | | | | | |
| 1 | | 10/25/2018 | Yes | Yes | Search Warrant |
| 2 | | 10/25/2018 | Yes | Yes | Wanted Person Record |
| 3 | | 10/25/2018 | Yes | Yes | Evidence Control & Receipt Form |
| 4 | | 10/25/2018 | Yes | Yes | CD of Body Cam Footage |
| 5 | | 10/25/2018 | Yes | Yes | Photo |
| | A | 10/25/2018 | Yes | Yes | Photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages