Thank you for your time and consideration. Also I apologize for taking your time. I'm writing you this letter because I messed up. I made a series of bad decisions that have led me to this moment and the situation I am in. This situation and my current status in society in no way define who I am. I am NOT a criminal, a convict, an inmate or offender. I am a Father, son, brother, friend, leader, man and christian. I allowed outside pressures and bad company corrupt my good character. I succumbed to temptation and my addiction. My crime or charge is considered victimless. I know this to be untrue. I have

2

made victims of my family, friends, and everyone I used with as well as their families. I made victims of the very people whom it is my responsibility to take care of and protect. The very people I love the most. My prescious daughter who is growing into a lovely young lady whom I couldn't be more proud of. I know she needs her father and I chose to put myself into situations that could take me out of her life. My amazing mother that I left with the burden and added stress of taking care of my home and picking up the peices. My beautiful girlfriend who's trust I broke and left out there alone all of the sudden. My crime is all but victimless. It has had a negative impact on everyone in my life and I couldn't possibly be more ashamed or remorseful. I pray

3

every day for forgiveness and I hope the damage done is not permanent. I will give everything in my power to right these wrongs and reconcile relationships hurt by my actions. I want nothing more than to reach my potential and become the man that I can be.

4

Growing up I didn't have enough structure thus giving me far too much time to be left to my own devices around other young men with no structure. I never had a man in my life to show me how or what I was to become. This is by no means an excuse for any of my behavior or decisions ~~is~~ although I believe this did have a profound impact on the young man I was and the cycle or patterns that I developed in my life. My mother worked hard and provided for myself and brothers. She did it on her own and that meant she was at work often many times working several jobs

9

at the same time. This left me without the structure and discipline as a young man I needed. Once again this is no excuse for my actions or decisions which are solely mine to make.

Over the course of the past five years I have made much progress and have many accomplishments. ~~I started~~ With GOD's grace and help I started two businesses, purchased my own home, been active in the community and church, took my family on several trips, strengthened my bond and relationship with my daughter, provided a means of financial stability for those employed by my ventures, helped many still struggling with addiction ~~out~~ through Bridges of Iowa, and set an example of how to persevere through my leadership. Up until the past twelve months when I relapsed and made that monumental mistake, life was great until that decision. After that I was miserable and living consumed with guilt and shame. I didn't get arrested I was rescued and for that I'm grateful.

Your honor every time that I have relapsed and repeated this cycle of making a mess of my life I end up in prison. Every time. This time I ask you for a different conclusion. I'm pleading to you for one more last chance. An opportunity to really get this right and save all that I have worked so hard for. I have applied and been accepted into two different recidivism based long term programs. Both Teen Challenge and Bridges of Iowa. I want nothing more than to free myself from the binds of my addiction and to break this cycle of recidivism. I won't make you regret your decision. Thank you for your time and consideration once again.

respectfully,

Vince

Honorable Judge Gritzner,

I've known Vinny Ballard for 8 years. I met him at grace church, he was there w/ his daughter. He came up to ask how he could be more involved in the church. He is a very polite and friendly man. He always is helping people in anyway he can. When I heard about his situation I was crushed. Drugs have a way of destroying any person. He is a great man but has an addiction clearly he needs to seek help for. I hope he doesn't get sent to prison and he gets the

treatment he needs.

He was very honest about his past. He seemed sincere about taking a better path. If he's surrounded w/ the right people in the right environment I believe he can change and stay on the right path. He was a wonderful mentor to others and was active in the Church.

Thank You
Angie Herryster
515-899-8380

Honorable Judge Gritzner ①

I would assume you have read hundreds of these types of letters. They probably begin to all sound the same. To have your job must be very difficult. Rewarding but difficult. I know nearly nothing about the law compared to you so I wont pretend to but I know that the law prohibits meth use and carries its penalties when one violates that. Addiction is very ugly and meth is a very difficult war to win. I know this because I am a recovering addict myself. I've been clean from meth since March 2017. I am not sure if I've won the war because I am forced to fight it everyday. Several times a day. I am a witness to Vincent and his life closely since Oct 2014. I've known him since 2011. I was fortunate enough to witness his time in the Bridges program. The men learned from him there. He grew into a good man there. He and I attended Friday meeting at the Lutheran Hospital and he also convinced me to partake in his normal bible study he went to. It was actually more interesting then I had anticipated. He made it clear that we always went to church on Sundays and was always volunteering for different events and giving his time. He was fortunate enough to start a food truck company "New York food truck" and start a used car business. My bosses at Caldwell Hauling believed in him & his vision and capabilities enough to help fund it. He was doing the best he had ever done. People love Vinny. His laugh, smile, and outlooks are contagious. He was so motivated because people believed in him and he was still sober.

Case 4:18-cr-00171-JEG-CFB   Document 56   Filed 04/29/19   Page 11 of 19



People came into buy cars from him who were still using and not in recovery that knew him for years from prison I think. Well then, he started shying away from his program & routine & when the stress once whelmed him, he began drinking. He got an OWI which landed him in jail again. He trusted his lot to be ran by an old friend who knew about the used car business and claimed to be sober. When Vinny got out of jail I believe (3 months) he saw that everything had fallen into a disaster. The friend Colby was clearly not sober so as hard as it was for Vincent he fired Colby Karaidos. Fortunately, a short time after firing him we heard word that Colby's shop got raided and he was facing federal charges. Vinny blamed himself thinking if he hadn't thrown him out that maybe Colby wouldn't have gone back to the drugs. I told him it wasn't his fault. He only fell into a depression blaming himself for not helping Colby w/ his addiction. And the stress was too much I think. I'll wrap this up though. Vinny relapsed because he wasn't pursuing his program, stress, bad people, & the evilness of meth in itself. But I can tell you he doesn't sell drugs. He never has. He always said how people who did were idiots who didn't want to work. He always roofed, or sold cars really. He has spent years behind bars... but did the best ever while in a program & was helping to change lives truly. I think the fact it was longterm & residential it helped

③

because he was surrounded by other men moving in the same direction. Not in a cell listening to inmates "thugs" tell war stories. He told me people in jail do it all the time. He just tells them now when they do it to move away from him because he doesn't think anything or part about it is cool nor productive. I speak to Vinny everyday. He is scared as anyone would be in his situation but has a peace about him because He knows God is truly in control of it all. Whatever you decide we know God has known would happen & Vinny believes he was rescued not busted. He takes full accountability of his actions and has spoke of what he knows would guard him from this ever happening again. Honestly, I believe that it has taken him more time to get it right at being a productive man because nobody taught him how. Bridges said that if it was an option that they were willing to take him in their program regardless of the sentence. I just believe that when he comes home, a program will help him tremendously at facing the battle against meth.

Thank you for your time

Sincerely,

Nichole Aubert

THE HONORABLE
JUDGE JAMES E. GRITZNER

MY NAME IS DEAN OSBORN I HAVE KNOWN VINNY BALLARD FOR A LONG TIME. FROM 2007 STARTING AT HOMES HONDA. MYSELF AND MAX HOLMES JR. WENT TO FEDERAL COURT HOUSE AND SPOKE IN REFERENCE ABOUT VINNY. HE WAS A GREAT WORKER, HE ONE THE BEST SALESPERSON I'VE EVER SEAN. AFTER HOLMES HE WENT TO BRIDGES FOR TREATMENT DONE WELL THERE. GOT CAR LOT ON BROADWAY AT 515 BROADWAY. I HAD A CAR LOT AT SAME LOCATION 15 to 20 YEARS AGO. VINNY HAS A GREAT PERSONALITY. HE NEED A PROGRAM + DIRECTION + FOCUS! WHEN I WAS A MANAGER AT HOMES CAR DEALERSHIP. HE WAS ALWAYS FIRST TO HELP. GREAT AT WANTING TO HELP SOMEONE.

It would be great if you could be lenient with Vinny. And give another chance to prove his self with your mercy! I would be willing to help with Vinny in some way if I could! I am not perfect my self. I had a great Attorney my self his name was Larry Schise for 43 yrs. He gave me great advice for all my life. He died last yr I sure miss his great advice + leadership.

Thank you for looking at my letter hope you can help Vinny he need that!

4-24-19

My cell no. 515-229-5500

Honorable Judge

    I am writing this letter on behalf of mr Vincent Ballard. 5 years ago when I met this man, I was suffering from great depression and I was plain tired of my life. He was around some friends of mine and heard me express a desire to end my life. I personally felt I had nothing to live for, and since I had no family no-one would miss me. I was unemployed, broke hungry and felt useless. As my other friends just told me to stop whining and man up, which only made me feel smaller inside, and mr Ballard not only interrupted this badness, he who was a stranger to me at that time took to the side, and told me God would miss. I really

2

wasn't trying to hear any God talk, and sensing that Mr Ballard offered to buy me lunch... and he bought lunch and just talked and listened to me. He made me smile a couple couple of times and that seem to open the flood gates to society for me. As simple a thing as laughter is, it was what kept me from harming myself. He said See Daryl, you got something to live for. He offered to help get me a job and even said he'd give me some of his own clothes so I'd be presentable.

Until this day he remains a friend to me, and it was his act of kindness that made me turn my negative attitude about life around.

Mr Ballard is a good human

3

busy sir, and not only do I have God in my life, but I have a Great friend in mr Ballard. That's the real man that he is.

I just wanted the court to know that about him

Sincerely & Respectfully
Darryl E Brooks

Honorable Judge Gritzner,

Thank you for taking the time to Read this letter, my name Is Cody Miles I've Been Friends with Vinny for 11years now! Vinny Has always Been the one person I can call or talk to about whats going on In my life no matter what it is, and He has the most Enlighting wisdom and advice, He was like a Big Brother Pushing me to Be my Best and let me know when I was on the wrong path!

He Has Impacted the lifes of so many for the greater good and even when His Demons managed to take Him off His path He worked Hard to walk and live. He always managed to keep Fighting! Vinny Has so much support and so many people that are lost & can Be saved Need Him, please Believe In Him and know what He Is On Trial for! I pray God uses this letters to touch your Heart and I Hope He Comes Home Soon

Cody Miles

To:

April 28, 2019

Subject: Letter of Character for Vincent Ballard, ID #35026

Dear respected authorities,

I am writing this letter to speak to the character and ability of Mr. Vincent Ballard. I came to know Vincent as his primary counselor while he was completing a yearlong substance abuse treatment program from 2014 - 2015. I write this letter with full understanding that Vincent is currently facing multiple drug charges.

I can say with confidence that Vincent is a very skilled and capable individual, when pursuing goals to make positive changes in his life. In the past when given the right guidance, tools and opportunity, Vincent demonstrated great proficiency at pursing and reaching his target goals, proved himself to be an asset to many people who crossed his path and society at large.

Vincent successfully navigated and completed the year long drug treatment program, maintaining his sobriety and becoming gainfully employed in the community. He also, led by example amongst his peers assisting them as much as needed in making changes too, so they could gain more confidence in their pursuit to succeed at sober living. Vincent demonstrated leadership, respect for the authorities, and a willingness to envision a different life than any he had known. Vincent eventually moved back into the community, maintained his employment managing a car dealership which allowed him to support himself and family members. I had opportunity to watch Vincent make plans and succeed at them, to also actively engage in parenting his daughter; as well as give support and aid to others in need.

I can say with confidence that when given opportunities to make changes, Vincent is a determined young man who wants to be successful at the positive things in life. I believe that with the appropriate opportunity and support Vincent can and will be a consistent and contributing member to his environment, community, and the greater society in our county at large.

Thanking you in advance for your consideration.

Respectfully,

Mary Alice Morgan, (A/K/A Mary A Williams)
mmbabi@aol.com