## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner
Criminal No. 4:18-cr-00171 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. Vincent Mitchell Ballard

---

| | |
|---|---|
| Gov. Atty(s): Kristin M. Herrera | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): F. Montgomery Brown | : In  1  Count(s) – Code Violation: |
| Court Reporter: Kelli Mulcahy | : Ct. 1-T:21:841(a)(1), 841(b)(1)(C), 851 Possession with |
| Interpreter: N/A | : Intent to Distribute Methamphetamine |
| Date: May 8, 2019 | : |
| Time Start: 10:00 am   Time End: 10:18 am | : |

---

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1 | : ✔ Court adopted findings of Final PSR |
| ☐ Jury    ☐ Court guilty verdict to Count(s) | :    Final PSR as amended |

Minutes:

Ct and counsel proceed off the record in chambers: 10:00-10:02. Ct proceeds on the record in the courtroom 10:03. Def present with counsel for sentencing. Gov't is represented. Ct accepts plea agreement and agrees to be bound by the agreement. Counsel have no objections to factual findings of PSIR; Ct accepts the PSIR as factual findings for the purpose of sentencing. Ct makes USSG calculation. Ct acknowledges having received and considered letters of support filed on behalf of Def. Counsel present sentencing arguments. Def allocutes. Ct considers allocution, arguments, and 3553(a) factors; Ct imposes sentence. Ct advises Def of right to appeal consistent with plea agreement. Def remanded to custody of USMS.

---

Sentence Imposed:

Ct. 1: 188 month term of imprisonment to be served consecutively to the undischarged term of imprisonment in Iowa District Court for Polk County Docket Number FECR317701; 6 year term of supervised release; $100 special assessment.

/s/ C. Murad
Law Clerk