# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

## NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America | * | 4:18-cr-171 |
| Plaintiff | * | District Court Docket Number |
| | * | |
| Vincent Mitchell Ballard | * | Honorable James E. Gritzner |
| Defendant | * | District Court Judge |

Notice is hereby given that __Vincent Mitchell Ballard__ appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment ☐ Order entered in this action on __5-08-2019__.

__[signed] F. Montgomery Brown__
Signature of Appellant/Cnsl

__05/17/2019__
Date

__F. Montgomery Brown__
Typed/printed Name

__1001 Office Park Road, Suite 108__
Street Address

__West Des Moines, Iowa   50265__
City          State    Zip

__(515) 225-0101__
Telephone Number

**Transcript Order Form:** (To be completed by attorney for appellant)

Please prepare a transcript of: __Sentencing Hearing 5-08-2019, Change of Plea Hearing 12-19-2018__
(Specify)

I am not ordering a transcript because: _____
(Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the US District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b))

Attorney's Signature __[signed] F. Montgomery Brown__   Date: __05/17/2019__

**NOTE: COMPLETE APPROPRIATE APPEAL SUPPLEMENT FORM**