UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Criminal Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** United States of America vs. Vincent Mitchell Ballard

**District Court Case #** 4 : 18 - cr - 171

**Appeal Fee ($505.00) Status**  Pd ☐  IFP ☑  Pending ☐  Govt. Appeal ☐

**Trial Counsel**  Appointed ☐  CJA ☑  Public Defender ☐  Retained ☐

**Appeal filed by**  Counsel ☑  Pro Se ☐

**Any reason why counsel should not be appointed** _____

**Pending post Judgment motions**  Yes ☐  No ☑  **Type of Motion** _____

**Public interest case**  Yes ☐  No ☑  **Simultaneous Opinion Release**  Yes ☐  No ☑

**Trial**  Yes ☐  No ☑  **Length of Trial** _____

**Court Reporter**  Yes ☑  No ☐  **Reporter's Name** Kelli Mulcahy
**Phone** 515-284-6248  **Address** 123 East Walnut St. Des Moines, Iowa 50309

**Appealing:**  Conviction ☐  Sentence ☑  Both ☐

**Challenging Sentencing Guidelines:**  Application ☑  Constitutionality ☐  Both ☐

**Defendant incarcerated**  Yes ☑  No ☐

**Defendant's Address**  Polk County Jail
1985 N.E. 51st Place
Des Moines, Iowa 50313

**Please list all other defendants** NONE

**Habeas Only:**  Is this a death penalty appeal  Yes ☐  No ☐

**Certificate of Appealability filed**  Yes ☐  No ☐

**CoA Status:**  Pending ☐  Granted ☐  Denied ☐

**Statistical Civil Case Number:** ___ : ___ - cv - _____