# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit          DATE: June 18, 2019

FROM: Clerk, U.S. District Court, Southern District of Iowa - Davenport

Appeal Number:     **19-2076**

District Court Number:     4:18-cr-00171

Name:     USA v. Vincent Ballard

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

Sealed Docs:     **One SEALED Judgment (#60) - 3 SEALED Copies**
                 **One SEALED PSIR (#54) - 3 SEALED Copies**

Transcript:      **One Sentencing Hearing Transcript (#69) – 1 Copy**
                 **One Change of Plea Transcript (#68) – 1 Copy**
                 **One Motion Hearing Transcript (#36) – 1 Copy**

Exhibits:

Comments: