# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2076
_____

United States of America

Plaintiff - Appellee

v.

Vincent Mitchell Ballard

Defendant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:18-cr-00171-JEG-1)
_____

**JUDGMENT**

Before BENTON, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 06, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans