# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2076

United States of America

Appellee

v.

Vincent Mitchell Ballard

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:18-cr-00171-JEG-1)

---

## MANDATE

In accordance with the opinion and judgment of 05/06/2020, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

May 27, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit